# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| TODAY'S OFFICE, INC. | * |
|     PLAINTIFF | * |
| V. | * |
| | *    CASE NO. 4:18CV00733 SWW |
| STEELCASE, INC. | * |
|     DEFENDANT | * |
| | * |

## STIPULATED ORDER of DISMISSAL

Before the Court is the parties' stipulated motion for dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The motion [ECF No. 77] is GRANTED.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED THIS 6TH DAY OF FEBRUARY, 2020.

                                      /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE